1 **ERICA K. ZUNKEL**
California State Bar No. 229285
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: erica_zunkel@fd.org

5 Attorneys for Jose Ricardo Ruiz-Espinal

6

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE CATHY ANN BENCIVENGO)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08MJ0716 |
| | ) | |
| 12              Plaintiff, | ) | |
| | ) | |
| 13 v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| 14 JOSE RICARDO RUIZ-ESPINAL, | ) | |
| | ) | |
| 15              Defendant. | ) | |
| 16 _____ | ) | |

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                     U.S. Attorney CR
                 Efile.dkt.gc2@usdoj.gov; and
20
                    James C. Alvord
21              fallbrookjim@sbcglobal.net

22                          Respectfully submitted,

23

24 DATED:    March 10, 2008          /s/ Erica K. Zunkel
                                     **ERICA K. ZUNKEL**
25                                   Federal Defenders of San Diego, Inc.
                                     Attorneys for Jose Ricardo Ruiz-Espinal
26

27

28